CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR   TIME: 9:30 AM**

MAGISTRATE JUDGE **JOHN J. O'SULLIVAN**

Case No. 09-61166-CIV-SEITZ   Date JANUARY 14, 2010   END: 10:05

Clerk CHERLE GRIFFIN   Tape No. 10A-1 & 10A-2
                       DAR No. 09:29:52

Court Reporter N/A

Title of Case POINT BLANK SOLUTIONS, INC., V. TOYOBO

P. Attorney(s) DAVID COHEN, Charles Lichtman ~~W. PITTS CAR (BY TELEPHONE)~~

D. Attorney(s) CHRISTINE DERUELLE; BRIAN KEITH GIBSON (BY PHONE)

Reason for Hearing MOTION FOR ENTRY OF PROTECTIVE ORDER (DE #40)

Result of Hearing MOTION HEARING HELD. Order to follow, to be prepared by the parties. (Revised proposed protective Order to be submitted).