UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61166-CIV-SEITZ/SIMONTON

POINT BLANK SOLUTIONS, INC.,

      Plaintiff,

v.

TOYOBO AMERICA, INC., and
TOYOBO CO., LTD.,

      Defendants.
_____/

## ORDER STAYING TRIAL

THIS MATTER is before the Court on the parties' representation to the Court, made on July 5, 2011, that this matter has been settled, pending final approval by the Bankruptcy Court. Upon consideration, it is

ORDERED that:

1. The trial of this matter is STAYED pending approval of the settlement by the Bankruptcy Court.

2. If the Bankruptcy Court does not approve the settlement, this case is set for trial on the August 15, 2011 trial calendar.

3. The Motion for approval of the settlement shall be filed with the Bankruptcy Court by **July 8, 2011.**

4. The Clerk is directed to administratively CLOSE this case.

DONE AND ORDERED in Miami, Florida, this 5th day of July, 2011.

                                        PATRICIA A. SEITZ
                                        UNITED STATES DISTRICT JUDGE

cc:    All counsel of record